AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Eastern District of New York

| | |
|---|---|
| MARC W. WEINSTEIN | ) |
| | ) |
| | ) |
| | ) **CV 14        7210** |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  **FILED** |
| THOMAS C. KRUMPTER, acting Police | ) IN CLERK'S OFFICE |
| Commissioner, Nassau County, New York, | ) U.S. [  ] COURT E.D.N.Y. |
| | ) |
| STEVEN E. SKRYNECKI, Chief of Department, | ) ★  DEC 10 2014  ★ |
| Nassau County Police Department, | ) |
| _Defendant(s)_ | ) LONG ISLAND OFFICE |

## SUMMONS IN A CIVIL ACTION

THOMAS C. KRUMPTER, acting Police Commissioner, Nassau County, New York,
To: _(Defendant's name and address)_ Headquarters, Nassau County Police Department
1490 Franklin Avenue
Mineola, New York 11501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _DEC 10 2014_

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

MARC W. WEINSTEIN

)
)
)
)
*Plaintiff(s)* )
v. )
THOMAS C. KRUMPTER, acting Police )
Commissioner, Nassau County, New York, )
)
STEVEN E. SKRYNECKI, Chief of Department, )
Nassau County Police Department, )
*Defendant(s)* )

**CV 14 7210**

**TOMLINSON, M.J.**

Civil Action No.

**SPATT, J.**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* STEVEN E. SKRYNECKI, Chief of Department, Nassau County Police Department, 1490 Franklin Avenue
Mineola, New York 11501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER

CLERK OF COURT

Date: DEC 10 2014

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| MARC W. WEINSTEIN<br><br><br><br>_Plaintiff(s)_<br>v.<br>THOMAS C. KRUMPTER, acting Police<br>Commissioner, Nassau County, New York,<br><br>STEVEN E. SKRYNECKI, Chief of Department,<br>Nassau County Police Department,<br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 14cv7210 (APS)(AKT)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  DANIEL P. FLANAGAN, Commanding Officer, First Precinct,
Nassau County Police Department,
900 Merrick Rd.
Baldwin, New York 11510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  DEC 10 2014                                              _____
                                                              _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

MARC W. WEINSTEIN

               *Plaintiff(s)*

v.

THOMAS C. KRUMPTER, acting Police
Commissioner, Nassau County, New York,

STEVEN E. SKRYNECKI, Chief of Department,
Nassau County Police Department,

               *Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

**CV 14**    **7210**
Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JAMES B. MALONE, Police Officer, First Precinct,
Nassau Police Department,
900 Merrick Rd.
Baldwin, New York 11510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: DEC 10 2014

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of New York

MARC W. WEINSTEIN

)
)
)
)

*Plaintiff(s)*

v.

THOMAS C. KRUMPTER, acting Police
Commissioner, Nassau County, New York,

STEVEN E. SKRYNECKI, Chief of Department,
Nassau County Police Department,

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

**CV 14        7210**

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PAUL CAPPY, Police Officer and Investigator,  Nassau County Police Department, Pistol
License Section,
1490 Franklin Avenue
Mineola, New York 11501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C.

*CLERK OF COURT*

Date:  DEC 10 2014

*Signature of Clerk or Deputy Clerk*