## Law Office of Robert T. Bean
3033 Brighton 3rd Street
Brooklyn, New York 11235
718-616-1414

Cell Phone: 484-838-9464     Fax: 718-368-0981     Of Counsel for
E-Mail: RBeanlaw@aol.com                          Tanya Gendelman, P. C.

2-3-15

Via ECF
Hon. A. Kathleen Tomlinson
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

Re: Weinstein v. Krumpter et al
Docket No.: CV 14-7210 (ADS) (AKT)

Dear Judge Tomlinson,

    I write to request an adjournment of the Initial Conference scheduled for 2-11-15 at 11:30am in this matter. The plaintiff filed an Amended Complaint pursuant to F.R.Civ.P. 15(a)(1)(A) on 1-8-15 which required the issuance of new summons and new service. No defendant has appeared herein and the deadline to answer or respond will not be until after the 2-11-15 date.

    Therefore I am requesting that the Initial Conference be adjourned for 30 days to allow time for service and for the defendants to make an appearance. I have open March 11, 12 or 13.

Sincerely,
Robert T. Bean