AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

MARC W. WEINSTEIN

)
)
)
)
)

_Plaintiff(s)_

v.
THOMAS C. KRUMPTER, acting Police Commissioner, Nassau County, New York,

STEVEN E. SKRYNECKI, Chief of Department, Nassau County Police Department,

_Defendant(s)_

)
)
)
)
)
)
)
)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 29 2015 ★

LONG ISLAND OFFICE

Civil Action No. CV 14 7210 (ADS) (AKT)

## Amended SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ STEVEN E. SKRYNECKI, Chief of Department, Nassau County Police Department,
1490 Franklin Avenue
Mineola, New York 11501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert T. Bean (RB 4464)
Attorney for the Plaintiff
Law Office of Robert T. Bean
3033 Brighton 3rd Street
Brooklyn, New York 11235
(718) 616-1414
E-Mail: RBeanlaw@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER

CLERK OF COURT

Date: JAN 29 2015

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| MARC W. WEINSTEIN<br><br>*Plaintiff(s)*<br>v.<br>THOMAS C. KRUMPTER, acting Police Commissioner, Nassau County, New York,<br><br>STEVEN E. SKRYNECKI, Chief of Department, Nassau County Police Department,<br><br>*Defendant(s)* | Civil Action No.  ★  JAN 29 2015  ★<br><br>F I L E D<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br><br>LONG ISLAND OFFICE |

## Amended SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THOMAS C. KRUMPTER, acting Police Commissioner, Nassau County, New York,
Headquarters, Nassau County Police Department
1490 Franklin Avenue
Mineola, New York 11501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Law Office of Robert T. Bean
3033 Brighton 3rd Street
Brooklyn, New York 11235
(718) 616-1414

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JAN 29 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Eastern District of New York

FILED
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
★ JAN 29 2015 ★
LONG ISLAND OFFICE

MARC W. WEINSTEIN )
)
)
)
)
*Plaintiff(s)* )
v. )  Civil Action No. CV 14 7210 (ADS) (AKT)
THOMAS C. KRUMPTER, acting Police )
Commissioner, Nassau County, New York, )
)
STEVEN E. SKRYNECKI, Chief of Department, )
Nassau County Police Department, )
*Defendant(s)* )

### Amended SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PAUL CAPPY, Police Officer and Investigator, Nassau County Police Department, Pistol License Section,
1490 Franklin Avenue
Mineola, New York 11501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert T. Bean (RB 4464)
Attorney for the Plaintiff
Law Office of Robert T. Bean
3033 Brighton 3rd Street
Brooklyn, New York 11235
(718) 616-1414
E-Mail: RBeanlaw@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JAN 29 2015

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 29 2015 ★
LONG ISLAND OFFICE

MARC W. WEINSTEIN

)
)
)
)
)
*Plaintiff(s)* )
v. )
THOMAS C. KRUMPTER, acting Police )
Commissioner, Nassau County, New York, )
)
STEVEN E. SKRYNECKI, Chief of Department, )
Nassau County Police Department, )
*Defendant(s)* )

Civil Action No. CV 14 - 7210 (ADS) (AKT)

## Amended SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JAMES B. MALONE, Police Officer, First Precinct,
Nassau Police Department,
900 Merrick Rd.
Baldwin, New York 11510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert T. Bean (RB 4464)
Attorney for the Plaintiff
Law Office of Robert T. Bean
3033 Brighton 3rd Street
Brooklyn, New York 11235
(718) 616-1414
E-Mail: RBeanlaw@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JAN 29 2015

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

MARC W. WEINSTEIN

)
)
)
)
)
*Plaintiff(s)*
v.
THOMAS C. KRUMPTER, acting Police Commissioner, Nassau County, New York,

STEVEN E. SKRYNECKI, Chief of Department, Nassau County Police Department,
*Defendant(s)*

Civil Action No. CV 14 7210 (ADS) (AKT)

## *A mended* SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Daniel P. Flanagan, Commanding Officer
First Precinct
900 Merrick Rd.
Baldwin New York 11510

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 29 2015 ★
LONG ISLAND OFFICE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert T. Bean (RB 4464)
Attorney for the Plaintiff
Law Office of Robert T. Bean
3033 Brighton 3rd Street
Brooklyn, New York 11235
(718) 616-1414
E-Mail: RBeanlaw@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAN 29 2015

Date: _____

CLERK OF COURT
*Signature of Clerk or Deputy Clerk*