# EXHIBIT 3

Exhibit 3, Affidavit of Zoila E. Watson-Weinstein

781 Jefferson Street

Baldwin, Ny 11510

April 21, 2014

To whom it may concern:

I wish to have it on record that on February 25, 2014 there was an argument between Abraham Weinstein, my son, and Marc Weinstein, my husband. I, Zoila Watson-Weinstein, called 911 for response to my address of 781 Jefferson Street for a domestic disturbance between the two. However, while on the call I tried to cancel any further assistance, but police were still sent. While on the call I remember stating that something brown was brought downstairs. I think the 911 operator asked if there were guns on the premises and I stated that there were. However, At no point and time did I ever say that a gun was pointed at me or my son. At no point and time was there any physical assault to my son or myself. I was told by the sergeant who came on scene while the responding officers were still here that he needed to speak to my son and me, alone. I was told by the sergeant that they have it on tape that a gun was pointed at me. At no point and time was a remark like that made on tape or while the officers were on scene. I tried to explain that a cancellation was made for they're response. So, when the police left the location I thought the incident was closed.

I then proceeded to get dressed and left to go to work. I was later contacted by my son stating that the police came back, at least seven of them, and proceeded to confiscate all the guns on premises. There was no reason to confiscate the guns and was so stated on their first response, so I did not expect them to return and for his property to be removed. I would like his property returned to him in its entirety and if there is any way I can help to expedite the matter please contact me at your earliest convenience.

Respectfully,

Zoila E. Watson-Weinstein

Cc copy

/zw

Notary _____

JOHN POLITANO
Notary Public, State of New York
No. 01PO6051437
Qualified in Nassau County
Commission Expires Nov. 27, 2014

State of New York    ss.
County of NASSAU

Sworn to before me this
22nd day of APRIL 2014
by ZOILA E WATSON-WEINSTEIN

_____