# EXHIBIT 6

Exhibit 6, Affirmation of Barbuck

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARC W. WEINSTEIN,

    Plaintiff,

-against-

THOMAS C. KRUMPTER, Acting Police
Commissioner, Nassau County, New York

STEVEN E. SKRYNECKI, Chief of
Department, Nassau County Police
Department,

DANIEL P. FLANAGAN, Commanding
Officer, First Precinct, Nassau County Police
Department,

JAMES B. MALONE, Police Officer, First
Precinct, Nassau County Police Department

JOHN DOES I –IV, Police Officers, First
Precinct, Nassau Police Department,

PAUL CAPPY, Police Officer and
Investigator, Nassau County Police
Department, Pistol License Section,

NASSAU COUNTY POLICE
DEPARTMENT,

and

COUNTY OF NASSAU

    Defendants

CIVIL ACTION NO.

CV - 14 – 7210 (ADS) (AKT)

AFFIRMATION
MICHAEL A. BARBUCK

Jury Trial Demanded

Michael A. Barbuck, in accordance with 28 U.S.C. § 1746, does declare under penalty of perjury following is true and correct:

1. I am a resident of Jacksonville, North Carolina. I was a police officer with the New York City Police Department from 1/26/88 to 7/23/92. I was a police officer with the Nassau County Police Department from 7/24/92 to 6/10/09. I retired in 2009.

2. During my career with the Nassau County Police Department, I learned that is was their policy to confiscate firearms whenever they could. They stretched the definition of "domestic incidents" as far as possible and if in doubt, they confiscated all firearms in the household, even if the owner was not involved in the "incident" and the firearms were legally owned and secured.

3. Normally if a member of the household had a pistol permit, it was confiscated, and often revoked or suspended.

4. They did this in cases with no violence. Shouting was considered enough if the police were called.

5. It is also their policy to retain the confiscated firearms as long as possible and prevent their return on any excuse and destroy them after a year.

Affirmation of Michael A. Barbuck                                                                 2

6.     My contacts with the department indicate that this policy has not changed since I left the department.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: Jacksonville, North Carolina
       February     , 2015

Michael A. Barbuck