**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**MARC W. WEINSTEIN,**

       Plaintiff,

       -against-

**THOMAS C. KRUMPTER**, Acting Police Comissioner, Nassau County, New York

**STEVEN E. SKRYNECKI,** Chief of Department, Nassau County Police Department,

**DANIEL P. FLANAGAN,** Commanding Officer, First Precinct, Nassau County Police Department,

**JAMES B. MALONE,** Police Officer, First Precinct, Nassau County Police Department

**JOHN DOES I –IV,** Police Officers, First Precinct, Nassau Police Department,

**PAUL CAPPY,** Police Officer and Investigator, Nassau County Police Department, Pistol License Section,

**NASSAU COUNTY POLICE DEPARTMENT,**

**and**

**COUNTY OF NASSAU**

       Defendants

CIVIL ACTION NO.

CV - 14 – 7210 (ADS) (AKT)

**PROPOSED JOINT**
**DISCOVERY PLAN**

Jury Trial Demanded

**PROPOSED RULE 26(f) JOINT DISCOVERY PLAN**

Pursuant to Rule 26(f)(3) of the Federal Rules of Civil Procedure, the parties, Plaintiff **MARC W. WEINSTEIN**, Defendants **THOMAS C. KRUMPTER, Acting Police Comissioner, Nassau County, New York, STEVEN E. SKRYNECKI, Chief of Department, Nassau County Police Department, DANIEL P. FLANAGAN, Commanding Officer, First Precinct, Nassau County Police Department, JAMES B. MALONE, Police Officer, First Precinct, Nassau County Police Department JOHN DOES I –IV, Police Officers, First Precinct, Nassau Police Department, PAUL CAPPY, Police Officer and Investigator, Nassau County Police Department, Pistol License Section, NASSAU COUNTY POLICE DEPARTMENT and COUNTY OF NASSAU**, jointly submit the following joint discovery plan:

    A.    **Initial Disclosures**

The parties do not find that any changes should be made to the timing, form, or requirement for disclosures under Rule 26(a). All parties have served initial disclosures two days before the Initial Conference pursuant to Rule 26(a).

    B.    **Subjects For Discovery, When Discovery Should Be Completed, And Whether Discovery Should Be Phased/Limited**

Potential Subjects for Discovery:

1. Any fact relating the domestic situation in the Weinstein household on February 24, 2014;
2. Any fact relating to the search of Weinstein's home;
3. Any fact relating to the seizures of Weinstein's firearms;
4. Any fact relating to the investigation of Weinstein following the confiscation of his firearms;

5. Any fact relating to the policy of the Nassau County Police Department of confiscating firearms any time is a "domestic situation" and a police presence.

The parties reserve the right to expand or limit the above subjects for discovery depending on what discovery shows.

C. The parties do not anticipate any issues with regard to Electronically Stored Information("ESI").

D. The parties do not anticipate any issues regarding privilege in this matter.

F. No changes regarding discovery limitations imposed by the Rules of Procedure are required in this matter.

**DEADLINES AND COURT APPEARANCES**

First request for production of documents and first interrogatories shall be made on or before April 14, 2015.

Responses to first request for production of documents and first interrogatories shall be made on or before May 15, 2015.

Deadline for joinder of additional parties and amendment to pleading is June 12, 2015.

The Status Conference is scheduled for _____.

The parties shall meet and confer with respect to other pretrial matters and supplement this report as necessary.

Dated: Brooklyn, New York
       March 9, 2015

3

        <u>/s/  Robert T. Bean</u>
**ROBERT T. BEAN (RB 4464)**
Attorney for the Plaintiff
Law Office of Robert T. Bean
3033 Brighton 3rd Street
Brooklyn, New York 11235
        (718) 616-1414
e-mail: RBeanlaw@aol.com

**CARNELL T. FOSKEY**
Nassau County Attorney

By:  <u>/s/  Ralph J. Reissman</u>
      RALPH  J. REISSMAN
      Deputy County Attorney
1 West Street
Mineola, NY 11501
(516) 571-3046
e-mail:
rresissman@nassaucounty.ny.gov