| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:   A. KATHLEEN TOMLINSON             DATE:   3-11-2015
          U.S. MAGISTRATE JUDGE              TIME:   3:42 p.m. (18 minutes)

*Weinstein v. Krumpter, et al.*
**CV 14-7210 (ADS) (AKT)**

TYPE OF CONFERENCE:        **INITIAL CONFERENCE**

APPEARANCES:   Plaintiff     Robert T. Bean

               Defendant     Ralph J. Reissman

FTR:   3:42-4:00

SCHEDULING:

This case is set down for a telephone conference on April 17, 2015 at 10:30 a.m.

THE FOLLOWING RULINGS WERE MADE:

1. Defendants' counsel advised that he had spoken to the Property Bureau at the First Precinct of the NCPD. The First Precinct is to return the plaintiff's longarms to him at this juncture. Defendants' counsel believes this resolves a significant portion of this case. We had some further discussion about the prospect of settling this matter. By Monday, March 16, 2015, plaintiff's counsel shall serve a settlement demand on the defendants via Deputy County Attorney Reissman. Defendants' counsel shall speak with his clients to determine whether the case is amenable to settlement based on the demand. The parties shall report back to the Court at the April 17, 2015 telephone conference.

2. In the interim, the Court is staying further discovery and the implementation of the Case Management and Scheduling Order.

                                            SO ORDERED

                                            /s/ A. Kathleen Tomlinson
                                            A. KATHLEEN TOMLINSON
                                            U.S. Magistrate Judge