# EXHIBIT 3

Exhibit 3  E-Mails

Ralph,

Please find attached my Good Faith Letter re your failure to engage in an ESI and Confidentiality Agreement and your failure to respond to plaintiff's Request for Production of Documents.

Robert Bean

Law Office of
Robert T Bean
3033 Brighton 3rd Street
Brooklyn, New York 11235
Ph: 718-616-1414
Fax: 718-368-0981
Cell: 484-838-9464
RBeanlaw@aol.com


On Jun 12, 2015, at 3:51 PM, Reissman, Ralph J < RReissman@nassaucountyny.gov> wrote:

Robert, sorry I am tied up in trial prep, jury selection on Monday morning.  Depending on the court's schedule, I may be able to get time next week to work on the confidentiality agreements, no promises, though.  Have a great weekend.

*RALPH J. REISSMAN*
Deputy County Attorney
Nassau County Attorney's Office
1 West Street
Mineola, NY 11501

Tel. (516) 571-3046
Fax (516) 571-3058

**From:** Robert Bean [mailto:rbeanlaw@aol.com]  **Sent:** Thursday, June 11, 2015 3:05 PM **To:** Reissman, Ralph J **Subject:** Weinstein v Krumpter

Ralph,

How is it coming on these agreements in Weinstein? I'm Available by cell phone and e-mail this afternoon, but will be in court in Queens tomorrow morning and at a deposition in Scarsdale tomorrow afternoon. I'll be available this weekend by cell phone and e-mail.

Robert Bean
Law Office of
Robert T Bean
3033 Brighton 3rd Street
Brooklyn, New York 11235
Ph: 718-616-1414
Fax: 718-368-0981
Cell: 484-838-9464
RBeanlaw@aol.com


I definitely agree with that.

*RALPH J. REISSMAN*
Deputy County Attorney
Nassau County Attorney's Office
1 West Street
Mineola, NY 11501

Tel. (516) 571-3046
Fax (516) 571-3058

**From:** Robert Bean [mailto:rbeanlaw@aol.com]  **Sent:** Monday, June 01, 2015 5:36 PM **To:** Reissman, Ralph J **Subject:** Re: Weinstein v Krumpter

I understand. I was involved in other things all day. But let us not test J. Tomlinson on this.

Robert
Law Office of
Robert T Bean

3033 Brighton 3rd Street
Brooklyn, New York 11235
Ph: 718-616-1414
Fax: 718-368-0981
Cell: 484-838-9464
RBeanlaw@aol.com

-----Original Message-----From: Reissman, Ralph J <RReissman@nassaucountyny.gov>
To: 'Robert Bean' <rbeanlaw@aol.com>
Sent: Mon, Jun 1, 2015 5:30 pm
Subject: RE: Weinstein v Krumpter

Can't get to it today, too involved in a summary judgment motion. Will try to get to it on Tuesday.

*RALPH J. REISSMAN*
Deputy County Attorney
Nassau County Attorney's Office
1 West Street
Mineola, NY 11501

Tel. (516) 571-3046
Fax (516) 571-3058

**From:** Robert Bean [mailto:rbeanlaw@aol.com]
**Sent:** Monday, June 01, 2015 5:13 PM
**To:** Reissman, Ralph J
**Subject:** Weinstein v Krumpter

Ralph,

What is the status re our confidentiality and ESI Agreements?

Robert
Law Office of
Robert T Bean
3033 Brighton 3rd Street
Brooklyn, New York 11235

Ph: 718-616-1414
Fax: 718-368-0981
Cell: 484-838-9464
RBeanlaw@aol.com


Robert, sorry I was not able to get to the agreements. I will try to work on them Sunday or Monday and send something for you to review. Have a good weekend.

*RALPH J. REISSMAN*
Deputy County Attorney
Nassau County Attorney's Office
1 West Street
Mineola, NY 11501

Tel. (516) 571-3046
Fax (516) 571-3058


**Robert, I was out of the office on Thursday. You can call me today at (516) 571-3046 until 4:30 p.m. today. Thank you.**

*RALPH J. REISSMAN*
Deputy County Attorney
Nassau County Attorney's Office
1 West Street
Mineola, NY 11501

Tel. (516) 571-3046
Fax (516) 571-3058