**Law Office of Robert T. Bean**
**3033 Brighton 3rd Street**
**Brooklyn, New York 11235**
**718-616-1414**

Cell Phone: 484-838-9464    **Fax:  718-368-0981**         Of Counsel for
E-Mail: RBeanlaw@aol.com                                    Tanya Gendelman, P. C.

9-8-15

Via ECF
Hon. A. Kathleen Tomlinson
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

                                        Re: Weinstein v. Krumpter et al
                                        Docket No.: CV 14-7210 (ADS) (AKT)

Dear Judge Tomlinson,

      Please find attached in compliance with the Status Conference Order (D.I. 27) a marked out and color designated copy of the proposed Confidentiality Agreement. I apologize for the delay. I just received the above order by ECF on 9-3-15. Mr. Reissman never sent me a copy of his proposed agreement in "word" format as he agreed to do at the Status Conference. PDF document he forwarded had to be converted to "word" in order to produce the document with the proposed changes.

      The marked out portions are with a black line through them and the new proposed language is in red. If anything additional or different is needed, please advise.

                                                           Sincerely,

                                                           /S/_____
                                                           Robert T. Bean

Via ECF and E-Mail
Carnell T. Foskey
Nassau County Attorney
Attn. Ralph Reissman
Deputy Nassau County Attorney
One West Street
Mineola, New York 11566