

**COUNTY OF NASSAU - OFFICE OF THE COUNTY ATTORNEY**
One West Street, Mineola, New York 11501-4820
Tel. (516) 571-3046 / Fax (516) 571-3058

February 11, 2022

Hon. James M. Wicks
United States District Court
100 Federal Plaza
Central Islip, New York 11722

      Re:  *Weinstein v. Krumpter, et al.* (14-CV-07210) (JMW)

Your Honor:

      This office represents defendants, Nassau County, Nassau County Police Department, former Commissioner Thomas Krumpter, Chief of Department Steven Skrynecki, First Precinct Deputy Commanding Officer Daniel Flanagan and Police Officers James Malone and Paul Cappy in the above-referenced action.

      I am pleased to report that the parties have reached a settlement in this action. The parties therefore respectfully request that the status conference scheduled for Friday, February 18, 2022 at 9:30 a.m. be adjourned *sine die*.

      Thank you for your attention and consideration in this matter.

                                          Respectfully submitted,

                                          /s/  Ralph J. Reissman
                                          RALPH J. REISSMAN
                                          Deputy County Attorney

cc:  Robert T. Bean, Esq. (via ECF)
     Attorney for Plaintiff