

COUNTY OF NASSAU - OFFICE OF THE COUNTY ATTORNEY
One West Street, Mineola, New York 11501-4820
Tel. (516) 571-3046 / Fax (516) 571-3058

February 11, 2022

Hon. James M. Wicks
United States District Court
100 Federal Plaza
Central Islip, New York 11722

**FILED**
**CLERK**
9:09 am, Feb 14, 2022
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Re: <u>Weinstein v. Krumpter, et al.</u> (14-CV-07210) (JMW)

Your Honor:

This office represents defendants, Nassau County, Nassau County Police Department, former Commissioner Thomas Krumpter, Chief of Department Steven Skrynecki, First Precinct Deputy Commanding Officer Daniel Flanagan and Police Officers James Malone and Paul Cappy in the above-referenced action.

I am pleased to report that the parties have reached a settlement in this action. The parties therefore respectfully request that the status conference scheduled for Friday, February 18, 2022 at 9:30 a.m. be adjourned *sine die*.

Thank you for your attention and consideration in this matter.

Respectfully submitted,

/s/ Ralph J. Reissman
RALPH J. REISSMAN
Deputy County Attorney

cc: Robert T. Bean, Esq. (via ECF)
Attorney for Plaintiff

ORDER DISMISSING CASE: In light of the settlement in principle this case is hereby DISMISSED without prejudice to its reinstatement should the settlement not be consummated. Barring any further requests for an extension within 90 days of this order, this dismissal shall deemed with prejudice.
Dated: 2/14/2022
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.