**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARC W. WEINSTEIN,

                      Plaintiff,

-against-                            14-CV-07210 (GRB)(JMW)

THOMAS C. KRUMPTER, Acting Police Commissioner,     **STIPULATION**
Nassau County, New York, STEVEN E. SKRYNECKI,        **OF DISMISSAL**
Chief of Department, Nassau County Police Department,
DANIEL P. FLANAGAN, Commanding Officer, First
Precinct, Nassau County Police Department, JAMES B.
MALONE, Police Officer, First Precinct, Nassau County
Police Department, JOHN DOES I-IV, Police Officers,
First Precinct, Nassau Police Department, PAUL CAPPY,
Police Officer and Investigator, Nassau County Police
Department, Pistol License Section, NASSAU COUNTY
POLICE DEPARTMENT, and COUNTY OF NASSAU,

                      Defendants.

---

**FILED**
**CLERK**

9:06 am, May 04, 2022

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

    IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsel for the parties in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, pursuant to the terms of the parties' Settlement Agreement and Release.

LAW OFFICES OF ROBERT T. BEAN

By: *[signature]*
    ROBERT T. BEAN, ESQ.
3033 Brighton 3rd Street
Brooklyn, New York 11235
(718) 616-1414
*Attorneys for Plaintiff*

THOMAS A. ADAMS
Nassau County Attorney
By: *[signature]*
    RALPH J. REISSMAN, Deputy County Attorney
One West Street
Mineola, New York 11501
516-571-3046
*Attorney for County Defendants*

Dated: 5/4/2022
So Ordered. The Clerk of the Court is directed to close this case.
/s/ Gary R. Brown
**GARY R. BROWN, U.S.D.J.**

10